IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DARIEL DENZEL THOMAS,<br><br>Plaintiff,<br><br>v.<br><br>UTAH TRANSIT AUTHORITY POLICE DEPARTMENT; RYAN MORRILL; JOEY CLARK; TRACY JORGENSEN; and CONRAD LEONG,<br><br>Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br>Case No. 2:24-cv-00736-JNP-DAO<br><br>Chief District Judge Jill N. Parrish<br>Magistrate Judge Daphne A. Oberg |

Plaintiff Dariel Denzel Thomas ("Plaintiff"), proceeding pro se, sued the Utah Transit Authority Police Department and officers Ryan Morrill, Joey Clark, Conrad Leong, and Tracy Jorgensen (collectively, the "Defendants"). Magistrate Judge Daphne A. Oberg issued a Report and Recommendation that the action be dismissed with prejudice for failure to state a claim upon which relief may be granted. ECF No. 93, p. 11. Magistrate Judge Oberg notified Plaintiff that a failure to file a timely objection to the Report and Recommendation could waive any objections to it. *Id*. at 34. This court granted Plaintiff an extension of time to file his objection to Judge Oberg's Report and Recommendation, but Plaintiff did not file an objection within the allotted time. ECF No. 95.

Because Plaintiff did not object to the Report and Recommendation, he waived any argument that it was in error. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996). The court will decline to apply the waiver rule only if "the interests of justice so dictate." *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991). The court has reviewed the

Report and Recommendation and concludes it is not clearly erroneous. Thus, the court finds that the interests of justice do not warrant deviation from the waiver rule.

Accordingly, the court ORDERS as follows:

1. The Report and Recommendation for Dismissal (ECF No. 93) is ADOPTED IN FULL.
2. This action is DISMISSED WITH PREJUDICE.

DATED August 26, 2026.

BY THE COURT

Jill N. Parrish
United States District Court, Chief Judge